■ MICHAEL HOGAN et al., Respondents, v GEORGE TRITSCH, Appellant. [879 NYS2d 797]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 23, 2008 in a personal injury action. The order denied defendant's motion for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on April 2, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.